## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC<br><br>Alleged Debtor | Case No. 14-00279 (SMT)<br><br>Involuntary Chapter 11 |

### STIPULATION EXTENDING DEADLINE TO RESPOND
### TO INVOLUNTARY PETITION

I. <u>Recitals</u>

1. On April 23, 2014, an involuntary petition for relief under chapter 11 of the U.S. Bankruptcy Code[1] was filed against the alleged debtor Specialty Hospital of Washington, LLC ("**SHDC**") in the U.S. Bankruptcy Court for the District of Delware ("**Delaware Court**").

2. On May 9, 2014, the Delaware Court transferred the case to this Court upon the request or consent of various parties, including Petitioning Creditors and SHDC. The case, however, did not appear on this Court's docket until May 14, 2014. SHDC's current deadline for responding to the involuntary petition is May 15, 2014.

3. As set forth in SHDC's request for the transfer of its case to this Court, SHDC and certain of its affiliates who own and operate long term acute care facilities and skilled nursing facilities in the District of Columbia intend to commence chapter 11 cases to facilitate the prompt sale of those facilities through a bankruptcy auction process overseen by this Court. To achieve this goal and maintain uninterrupted service during the process, SHDC and its affiliates have been negotiating the terms of stalking horse bid and a post-petition financing facility. SHDC and its affiliates are well underway to finalizing stalking horse and post-petition

---

[1] 11 U.S.C. §§ 101–1536 (2012).

finacing terms.  Indeed, they expect to be able to, and anticipate thay they will, consent to chapter 11 relief (in the case of SHDC) and (in the case of other affiliates) file volunatary petitions under chapter 11 on or before Wednesday, May 21, 2014.

4. SHDC and its affiliates believe, however, that it would be imprudent and unnecessarily complicating for managing a smooth transition into chapter 11 and the bankruptcy sales process, for SHDC to have an order for relief entered against it before the stalking horse deal and postpetition financing are in place for SHDC and its affiliates.

5. Accordingly, SHDC has asked the Petitioning Creditors to consent to an extension of the time within which SHDC must respond to the involuntary petition to May 21, 2014.  The Petitioning Creditors have indicated their consent to this extension on the terms and conditions set forth herein.

6. Other than Capitol Hill Group ("**CHG**"), the Petitioning Creditors have not yet retained counsel to represent them in this Court.  SHDC and CHG have been advised, however, by Delaware counsel for the Petitioning Creditors, that the Petitioning Creditors consent to this Stipulation.[2]  CHG has indicated its consent by signing this Stipulation, through counsel, as indicated below.   CHG is SHDC's landlord for the facility located at 700 Constitution Avenue in the District.

II. <u>Agreement</u>

Now, therefore, it is agreed and stipulated as follows:

1. The deadline for SHDC to respond to the involuntary petition is extended to and including May 21, 2014.

---

[2] All but one petitioning creditor has consented to this Stipulation.  Despite several attempts, counsel has been unable to reach the remaining creditor.  SHDC will file a notice once consent from the remaining creditor is obtained.

2

404522122v3

2. On or before May 21, 2014, SHDC agrees that it will consent to the entry of an order for relief under chapter 11 leaving it as debtor in possession (without prejudice to any motion for the appointment of a trustee).

3. SHDC agrees that CHG shall have an administrative expense claim for rent for the period after an order for relief under chapter 11 is entered through the end of May 31, 2014 (the "**Stub Period**") in an amount equal to the base rent for May 2014 multiplied by a fraction, the numerator of which is the number of days in the Stub Period and the denominator of which is 31 (the "**Stub Period Rent Claim**"). SHDC further agrees that on or before June 2, 2014, it will pay the Stub Period Rent Claim together with its payment of rent for the month of June 2014.

**WHEREFORE**, based on the foregoing, it is requested that this Court enter the proposed order submitted herewith approving this Stipulation and extending the deadline to respond to the involuntary petition to and including, Wednesday, May 21, 2014.

Dated: May 15, 2014             Respectfully submitted,

                                PILLSBURY WINTHROP SHAW PITTMAN LLP

                                /s/ *Patrick Potter*
                                Patrick Potter (426514)
                                Jerry Hall (976461)
                                Dania Slim (991689)
                                2300 N Street, NW
                                Washington, DC 20037-1122
                                Telephone: (202) 663-8000
                                Facsimile: (202) 663-8007
                                patrick.potter@pillsburylaw.com
                                jerry.hall@pillsburylaw.com
                                dania.slim@pillsburylaw.com

                                *Counsel for Specialty Hospital of Washington, LLC*

3

404522122v3

          WHITEFORD TAYLOR PRESTON LLP

          /s/ *Bradford F. Englander*
          Bradford F. Englander (428617)
          3190 Fairview Park Drive, Suite 300
          Falls Church, VA 22042-4510
          Telephone: (703) 280-9081
          Facsimile: (703) 280-3370
          benglander@wtplaw.com

          *Counsel to Capitol Hill Group*

404522122v3