**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 14-00279 (SMT) |
| SPECIALTY HOSPITAL OF WASHINGTON, LLC | Involuntary Chapter 11 |
| Alleged Debtor | |

**STIPULATION EXTENDING DEADLINE TO RESPOND
TO PETITIONING CREDITORS' EMERGENCY MOTION FOR AN ORDER
DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

1.  On April 23, 2014, an involuntary petition for relief under chapter 11 of the U.S. Bankruptcy Code[1] was filed against Specialty Hospital of Washington, LLC ("**SHDC**") in the U.S. Bankruptcy Court for the District of Delware ("**Delaware Court**").

2.  On April 28, 2014, Petitioning Creditors filed, with the Delaware Court, the *Petitioning Creditors' Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee* [Docket No. 11] (the "**Trustee Motion**").  The deadline for responding to the Trustee Motion was Thursday, May 8, 2014 and by stipulation of the parties that deadline was extended to Tuesday, May 13, 2014.

3.  On May 9, 2014, however, the Delaware Court transferred the case to this Court upon the request or consent of various parties, including Petitioning Creditors and SHDC.  The case, however, did not appear on this Court's docket until May 14, 2014.

4.  SHDC has asked Petitioning Creditors to consent to an extension of the deadline for responding to the Trustee Motion until Wednesday, May 28, 2014, subject to further extension on the agreement of the Petitioning Creditors or order of this Court, as appropriate.

---

[1]  11 U.S.C. §§ 101–1536 (2012).

5. Other than Capitol Hill Group ("**CHG**"), Petitioning Creditors have not yet retained counsel to represent them in this Court. SHDC and CHG have been advised, however, by Delaware counsel for Petitioning Creditors, that Petitioning Creditors consent to this Stipulation.[2] CHG has indicated its consent by signing this Stipulation, through counsel, as indicated below.

**WHEREFORE**, based on the foregoing, it is requested that this Court enter the proposed order submitted herewith approving this Stipulation and extending the deadline to respond to the Trustee Motion to Wednesday, May 28, 2014.

Dated: May 15, 2014

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

*Counsel for Specialty Hospital of Washington, LLC*

---

[2] All but one petitioning creditor has consented to this Stipulation. Despite several attempts, counsel has been unable to reach the remaining creditor. SHDC will file a notice once consent from the remaining creditor is obtained.

2

404512072v5

WHITEFORD TAYLOR PRESTON LLP

/s/ *Bradford F. Englander*
Bradford F. Englander (428617)
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042-4510
Telephone: (703) 280-9081
Facsimile: (703) 280-3370
benglander@wtplaw.com

*Counsel to Capitol Hill Group*