UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC

Alleged Debtor

Case No. 14-00279 (SMT)

Involuntary Chapter 11

ANSWER TO INVOLUNTARY PETITION AND
CONSENT TO ENTRY OF ORDER FOR RELIEF

Specialty Hospital of Washington, LLC ("**SHDC**") submits this *Answer to Involuntary Petition and Consent to Entry of Order for Relief* ("**Answer and Consent**"), and respectfully requests that this Court enter an order for relief substantially in the form submitted herewith.

Introduction

On April 23, 2014, an involuntary petition for relief (the "**Involuntary Petition**") under chapter 11 of the U.S. Bankruptcy Code[1] was filed against SHDC in the U.S. Bankruptcy Court for the District of Delaware ("**Delaware Court**").  On May 9, 2014, the Delaware Court transferred the case to this Court.

Answer and Consent

Without admitting or denying the allegations contained in the Involuntary Petition, SHDC consents to entry of the order for relief against it under chapter 11 of the Bankruptcy Court with the intent that it shall remain in possession of its properties and shall continue to operate its business under sections 1106 through 1108 of the Bankruptcy Code.  Concurrently with the filing of this Answer and Consent, SHDC will be filing the lists and other documents that would be submitted with a voluntary chapter 11 petition for relief under the Bankruptcy

---

[1] 11 U.S.C. § 101–1536 (2012) (the "**Bankruptcy Code**").

Code.

WHEREFORE, SHDC respectfully requests that the Court enter an order for relief against it under chapter 11 of the Bankruptcy Code substantially in the form submitted herewith and grant such other and further relief as the Court deems just and proper.

Dated: May 21, 2014              Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

Andrew M. Troop (*pro hac vice* application pending)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for Specialty Hospital of Washington, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC<br><br>Alleged Debtor | Case No. 14-00279 (SMT)<br><br>Involuntary Chapter 11 |

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

Based on the consent of Specialty Hospital of Washington, LLC ("**SHDC**") to the petition filed on April 23, 2014 against it, an order for relief under chapter 11 of title 11 of the United States Code is granted and SHDC shall continue in possession of its properties and operate its business under sections 1106 through 1108 of the Bankruptcy Code.

404529766v2

cc:

All entities on court's mailing list.

Stephen W. Spence
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

2

404529766v2