The order below is hereby signed.

Signed: May 21 2014



S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                        )
                             )
SPECIALTY HOSPITAL OF        )    Case No. 14-00279
WASHINGTON, LLC,             )    (Chapter 11)
                             )
              Debtor.        )

ORDER FOR RELIEF IN AN INVOLUNTARY CASE

Based on the consent of Specialty Hospital of Washington,

LLC to the petition filed on April 23, 2014, against it, it is

ORDERED that an order for relief under chapter 11 of title

11 of the United States Code is granted.  It is further

ORDERED that unless and until a trustee is appointed and

serving in the case, or the case is converted to chapter 7,

Specialty Hospital of Washington, LLC shall continue in

possession of its properties as a debtor in possession and shall

operate its business under 11 U.S.C. §§ 1106 through 1108.

[Signed and dated above.]

Copies to: ECF e-recipients.

Stephen W. Spence
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806