## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 14-00279<br><br>Chapter 11<br><br>(Joint Administration Requested) |

**NOTICE OF (I) OPPORTUNITY TO OBJECT TO DEBTORS' FIRST DAY MOTIONS AND (II) EXPEDITED HEARING ON FIRST DAY MOTIONS**

TO CREDITORS AND OTHER PARTIES IN INTEREST:

On May 21, 2014, Specialty Hospital of Washington, LLC and certain of its affiliates (collectively, the "**Debtors**") filed the following (collectively, the "**First Day Motions**"):

- *Debtors' Motion for Order Directing Joint Administration of Chapter 11 Cases* [Doc. 65] requesting that the Court jointly administer the Debtors' chapter 11 cases.

- *Debtors' Motion for Order Authorizing Debtors to File Consolidated Lists and Matrices* [Doc. 66] requesting that the Court authorize the Debtors to file the mailing matrices, list of creditors, list of equity security holders and list of the thirty-five largest unsecured creditors on a consolidated basis.

- *Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Priming Liens and Providing Superpriority Claims, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Doc. 67] requesting that the Court (i) authorize the Debtor to (a) enter into a financing arrangement on the terms set forth in that certain debtor-in-possession financing term sheet and that certain debtor-in-possession financing agreement attached to the motion and (b) use cash collateral, (ii) grant priming liens, priority liens, and superpriority claims to the postpetition lender, (iii) grant adequate protection to the existing lienholders with respect to the use of cash collateral and any diminution in the value of the existing lienholders' interests in the prepetition collateral, including cash collateral, (iv) schedule a final hearing, and (v) grant related relief.

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976).

404520845v1

- *Debtors' Motion for an Order Authorizing Debtors to Continue Using Cash Management System, Existing Bank Accounts, and Business Forms* [Doc. 69] requesting that the Court waive certain of the operating guidelines established by the Office of the U.S. Trustee for the District of Columbia and allow the Debtors to continue using their prepetition bank accounts, cash management system and business forms.

- *Debtors' Motion for Interim and Final Orders (i) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (ii) Deeming Utility Providers Adequately Assured of Future Performance; and (iii) Establishing Procedures for Determining Adequate Assurance of Payment* [Doc. 70] requesting that the Court (i) prohibit utility providers from altering, refusing, or discontinuing service; (ii) deem utility providers adequately assured of future performance; and (iii) establish procedures for determining adequate assurance of payment.

- *Debtors' Motion for Order Authorizing the Debtors to (I) Continue Prepetition Insurance Policies and (II) Maintain Existing Financing of Insurance Policies* [Doc. 71] requesting that the Court authorize the Debtors to (a) continue maintaining and administering prepetition insurance policies and revise, extend, renew, supplement, or change such policies, as needed; (b) continue maintaining their premium financing agreement and revise, extend, renew, supplement, or change such agreement, as needed; and (c) pay or honor obligations outstanding on account of prepetition insurance policies, if any.

- *Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Payment of Prepetition (a) Wages, Salaries, and Other Compensation, (b) Reimbursable Employee Expenses, and (c) Employee Medical and Similar Benefits* [Doc. 72] requesting that the Court authorize the Debtors to (a) pay prepetition wages, salaries, and other compensation, taxes, withholdings, and related costs, and reimbursable employee expenses; (b) pay and honor obligations relating to employee medical, insurance, and other benefits programs; and (c) continue their employee medical, insurance, and other benefits programs on a postpetition basis.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the First Day Motions, or if you want the Court to consider your views on the matter, then:

On or before **May 23, 2014 at 9:30 a.m.**, you or your attorney must electronically file with the Court a written objection to the First Day Motions, together with the proposed order required by Local Bankruptcy Rule 9072-1. You may append affidavits and documents in support of your objection.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting relief. The

Court may grant the First Day Motions without a hearing if the objection filed states inadequate grounds for denial of the First Day Motions. Parties in interest with questions may contact the undersigned.

   **PLEASE TAKE FURTHER NOTICE** that an expedited hearing on the First Day Motions will be held on **May 23, 2014 at 11:00 a.m.** in the Bankruptcy Court's courtroom in the E. Barrett Prettyman United States Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. Parties in interest with questions may contact the undersigned.

Dated: May 21, 2014

        PILLSBURY WINTHROP SHAW PITTMAN LLP

        /s/ *Patrick Potter*
        Patrick Potter (426514)
        Jerry Hall (976461)
        Dania Slim (991689)
        2300 N Street, NW
        Washington, DC 20037-1122
        Telephone:  (202) 663-8000
        Facsimile:  (202) 663-8007
        patrick.potter@pillsburylaw.com
        jerry.hall@pillsburylaw.com
        dania.slim@pillsburylaw.com

        Andrew M. Troop (admitted *pro hac vice*)
        1540 Broadway
        New York, NY 10036-4039
        Telephone: (212) 858-1000
        Facsimile: (212) 858-1500
        andrew.troop@pillsburylaw.com

        *Counsel for Debtors*