CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
**MAY 23 2014**
Clerk, U.S. District and Bankruptcy Courts

Date: 05/23/2014   Time: 11:00

CASE: 14-00279 Specialty Hospital of Washington, LLC : CHAPTER 11

Andrew Troop (p.h.v.)   Jerry Hall
Dania Slim and Patrick J. Potter and Rick S. Miller representing
Specialty Hospital of Washington, LLC (Debtor In Possession)

Nick Sandlbauer - BB+T   John Stern   Jef ic
Bradford F. Englander and Brent C. Strickland and Stephen W. Spence
representing Capitol Hill Group (Petitioning Creditor)

David Tatge  DC'A Actsns   Craig Hansen  D.H.
Stephen W. Spence representing CMH Inc. (Petitioning Creditor)
Nancy Alpert DC  David F. rhu DC  Cheryl Johnson  Phil Husband DC
Stephen W. Spence representing JFW Services, LLC (Petitioning Creditor)

K Becker   Metro. Med. Grp.
Stephen W. Spence representing J-Don Enterprise, LLC (Petitioning Creditor)

Margaret Newell - USA   - Brian Hudak   - Christopher Wilson USA + IRS
Stephen W. Spence representing Amalgamated Capital Partners, LLP
(Petitioning Creditor)
                                       Hansen -
Bradley D. Jones and Joseph A. Guzinski representing U. S. Trustee for
Region Four (U.S. Trustee)

[64] Order Granting Motion Expedite Hearing. Entered on 5/21/2014. First
Day Motions Hearings scheduled for 5/23/2014 at 11:00 AM Courtroom 1.
(Jackson, Renee). (Related Documents #: 62 Motion to Expedite hearing,
65 Motion for Joint Administration, 66 Motion to Approve (Debtors'
Motion for Order Authorizing Debtors to File Consolidated Lists and
Matrices), 67 Motion to Approve (Debtors Emergency Motion for Entry of
Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363,
364 and 507 (I) Authorizing the Debtors to Obtain Postpetition
Financing, (II) Authorizing the Use of Cash Coll), 69 Motion to Approve
(Debtors' Motion for an Order Authorizing Debtors to Continue Using Cash
Managment System, Existing Bank Accounts, and Business Forms), 70 Motion
for Continuation of Utility Service and Approval of Adequate Assurance
of Payment to Utility Company Under Section 366(b), 71 Motion for Leave
(Motion for Order Authorizing the Debtors to (I) Continue Prepetition
Insurance Policies and (II) Maintain Existing Financing of Insurance
Policies), 72 Motion for Leave (Motion of the Debtors for Entry of
Interim and Final Orders Authorizing the Payment of Prepetition (A)
Wages, Salaries, and Other Compensation, (B) Reimbursable Employee
Expenses, and (C) Employee Medical and Similar Benefits) filed by
Alleged Debtor, Specialty Hospital of Washington, LLC. Modified on
5/21/2014 (Meador, Patti).MODIFIED TO ADD LINKAGE. CORRECTIVE ENTRY:
Modified on 5/22/2014 TO ADD LINKAGE AND CORRECT TEXT(Jackson, Renee).

*Granted w/ changes OTBS by D's counsel*

DE# 1  invol. pet                    DE# 64  order grant de #62
DE# 56  order relief                 DE# 73  Dec in support of first day mtn. - dbt
DE# 59  corp. own. stmt              DE# 74  Praecipe re first day mtns - dbt.
DE# 62  mtn. shtn. + set hrg. - debtors   DE# _____

*[handwritten margin notes: "Granted", "D to 2nd status for date mtds will go out against whom has clam", "Denied as grant as to CC mtg", "5/30/14 @ 9:30"]*

[66] Motion to Approve *(Debtors' Motion for Order Authorizing Debtors to File Consolidated Lists and Matrices)* Filed by Specialty Hospital of Washington, LLC

**MOVANT** : Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

DE# 1  Invol. Pet.                    DE# 75  Praecipe re first day mtns-dbt
DE# 56 Order relief                   DE# ___
DE# 59 Corp. Own. Stmt                DE# ___
DE# 73 Dec. Supp. first day mtns-dbt  DE# ___

[67] Motion to Approve *(Debtors Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Priming Liens and Providing Superpriority Claims, (IV) Granting Adequate Protection, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief)* Filed by Specialty Hospital of Washington, LLC (Attachments: #1 Proposed Order)

**MOVANT** : Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

DE# 1  Invol. Pet.                    DE# ___
DE# 56 Order relief                   DE# ___
DE# 73 Dec. Supp. first day motns.-dbt DE# ___
DE# 75 Praecipe re first day -dbt     DE# ___

*[handwritten: "Granted w/ changes of TRS"]*

[69] Motion to Approve *(Debtors' Motion for an Order Authorizing Debtors to Continue Using Cash Managment System, Existing Bank Accounts, and Business Forms)* Filed by Specialty Hospital of Washington, LLC

**MOVANT** : Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

DE# 1  Invol. Pet.                    DE# ___
DE# 56 Order relief                   DE# ___
DE# 73 Dec. Supp. first day -dbt      DE# ___
DE# 75 Praecipe re first day -dbt     DE# ___

*[handwritten: "C'td 5/30/14 @ 9:30 am"]*

[70] Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) Filed by Specialty Hospital of Washington, LLC

**MOVANT** : Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

DE# 1  Invol. Pet                    DE# ___

DE# 56 Order relief               DE# ____ _____
DE# 73 dec. supp. first day - dbt.   DE# ____ _____
DE# 75 Praecipe re first day - dbt.  DE# ____ _____

Granted. [71] Motion for Leave *(Motion for Order Authorizing the Debtors to (I) Continue Prepetition Insurance Policies and (II) Maintain Existing Financing of Insurance Policies* Filed by Specialty Hospital of Washington, LLC

**MOVANT**: Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

DE# 1  invol. pet.                 DE# ____ _____
DE# 56 order relief                DE# ____ _____
DE# 73 dec. supp. first day - dbt. DE# ____ _____
DE# 75 Praecipe re first day - dbt. DE# ____ _____

Granted [72] Motion for Leave *(Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Payment of Prepetition (A) Wages, Salaries, and Other Compensation, (B) Reimbursable Employee Expenses, and (C) Employee Medical and Similar Benefits* Filed by Specialty Hospital of Washington, LLC

**MOVANT**: Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

DE# 1  invol. pet.                 DE# ____ _____
DE# 56 order relief                DE# ____ _____
DE# 73 dec. re first day - dbt.    DE# ____ _____
DE# 75 Praecipe re first day - dbt. DE# ____ _____

DISPOSITIONS:
    Granted____   Sustained____   Denied____
    Overruled____ Withdrawn____   Under Adv.____
    Moot____      Consent____     Dismissed____
    Continued to: _____, 20____, AT ____:____ ____.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ] Court  [ ] Movant  [ ] Opposing Party  [ ] Trustee  [ ] Jointly

DECISION:
    [ ] Signed by Court              [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel         [ ] Court
        [ ] Respondent's counsel     [ ] Other _____

NOTES:
Demonstrative exhibit referred to in court's decision is attached hereto.

_____

_____

_____

_____

*[Signature]*
S. Martin Teel, Jr., United States Bankruptcy Judge

DE 69:
10 days to start DIP labeled sh— etc.

**Specialty Hospital of Washington, LLC**
Case No. 14-00279 (lead case)
United States Bankruptcy Court, District of Columbia
*($000's)*

| | Value Approach | |
|---|---|---|
| Hadley (Cases 14-00299 and 14-00300) | Sales Comparison | Income Capitalization |
|---|---|---|
| Appraisal Value -- "Going Concern"[1] | $ 34,600 | $ 24,500 |
| | | |
| *Deductions* | | |
| CMS (Medicare) | | |
|   Department of Justice -- Settlement Agreement | (4,100) | (4,100) |
|   False Claims Act Damages[2] | (9,546) | (9,546) |
|   CMS (Medicare) Extended Repayment Plan | (4,200) | (4,200) |
| IRS Liens[3] | (8,976) | (8,976) |
| Department of Health Care Finance | | |
|   LTACH[4] | (3,916) | (3,916) |
|   SNF[5] | (6,788) | (6,788) |
| Cash Losses to Break-Even -- estimate[6] | (6,574) | (6,574) |
| Est. Deferred Capital Expenditures as of 2013 | (2,754) | (2,754) |
| Est. 2014 D.C. Real Estate Taxes | (500) | (500) |
| Total Deductions | (47,354) | (47,354) |
| | | |
| **Enterprise Value Post Deductions** | $ (12,754) | $ (22,854) |

[1] "Appraisal of the Going Concern" document prepared by Cushman & Wakefield of Connecticut, Inc. (as of November 25, 2013).

[2] As indicated in Complaint and Jury Demand (Civil Action No. 14-0789)

[3] Includes $8,000 and $3,087 pursuant to a tax lien

[4] Reflects years through FY 2010 which are fully audited. Years 2011, 2012 and 2013 have not been audited. As a result, amounts due to/from are still undetermined.

[5] Per advisory e-mail from Wayne Turnage (Director, DHCF) sent on 5/22/2014.

[6] Reflects estimate of negative operating cashflow; 2 quarters of rate shown in DIP cashflow projection (less Capitol Hill rent) assuming 50% attributable to Hadley.

**Specialty Hospital of Washington, LLC**
Case No. 14-00279 (lead case)
United States Bankruptcy Court, District of Columbia
*($000's)*

| | | |
|---|---:|---:|
| As Is Land Value Conclusion[1] | $ | 5,200 |
| Estimated demolition / removal[2] | | (465) |
| Wind-down costs – estimated[3] | | (6,913) |
| Paid time off[4] | | (927) |
| Severance[5] | | - |
| WARN Act liability[5] | | - |
| *Net* | $ | (3,105) |

[1] From Restricted Appraisal Report dated April 15, 2014 by CBRE.

[2] Sourced from http://www.buildingjournal.com/commercial-construction-estimating-demolition.html.
Received high-level estimates ranging from $4.00 to $10.00 per square foot from real estate professionals.

[3] A high-level estimate of shut-down costs are shown below. Based on amounts projected in the DIP budget prorated for Hadley. Variable costs (payroll, food, supplies, etc.) scale down with reduction in census; reflects 60 days of current payroll & payroll expenses at current run rate to account for any WARN Act notifications. Does not explicitly include any costs for moving patients, patient record storage, or other costs that might be required under existing regulations.

| | Avg. Census During Shut Down | Shut Down Days | Total Shut Down Costs | |
|---|---:|---:|---:|---:|
| LTACH | 17.5 | 45 | $ | 3,356 |
| SNF | 26.7 | 270 | | 3,558 |
| | | | $ | 6,914 |

[4] Based on Debtors' records for accrued PTO liability as of May 16, 2014.

[5] Assumed reflected in the shut down costs above at 60 days of payroll & payroll related expenses at current run rate.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 14-00279<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## DEBTORS' WITNESS AND EXHIBIT RECORD

Specialty Hospital of Washington, LLC and certain of its affiliates, as debtors and debtors in possession and pursuant to Local Bankruptcy Rule 9070-1, submit the attached Witness and Exhibit Record.

Dated: May 23, 2014

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976). The voluntary chapter 11 petitions for the Debtors other than SHDC are being filed substantially contemporaneously with the filing of this Motion.

Andrew M. Troop (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for Debtors*

2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case No. 14-00279<br><br>Chapter 11<br><br>(Joint Administration Requested) |
|---|---|

## DEBTORS' WITNESS AND EXHIBIT RECORD

| Date | Case No. 14-00279 | Operator* | Page Number |
|---|---|---|---|
|  |  |  |  |

| Name of Witness | Brief Description of Testimony | Estimated Time to Elicit Testimony | Date Called* |
|---|---|---|---|
| Michael Zarriello | Terms of proposed DIP loan<br><br>LTAC and SNF sales | 30 minutes | 5/23/14 |
| Ronald Winters | Hadley going concern analysis | 30 minutes | 5/23/14 |
| Edwin Clark | Hadley going concern analysis | 30 minutes |  |
| BB&T Witnesses | BB&T loan issues | 30 minutes |  |

* For Court Use

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976). The voluntary chapter 11 petitions for the Debtors other than SHDC are being filed substantially contemporaneously with the filing of this Motion.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, *et al.*,

Debtors.[1]

Case No. 14-00279

Chapter 11

(Joint Administration Requested)

### DEBTORS' WITNESS AND EXHIBIT RECORD

| Exhibit | Description | ID* | Date Admitted |
|---|---|---|---|
| 1 A | Michael Zarriello Biography | | 5/23/14 |
| 2 B | DIP Term Sheet | | |
| 3 C | DIP Loan Proposal – Midcap | | |
| 4 D | DIP Loan Proposal – NexBank | | |
| 5 E | Ronald Winters Biography | | |
| | Exhibits of other parties | | |
| | Reserve right to supplement | | |
| 6 | CBRE Appraisal | | |
| 7 | Cushman Wakefield | | ↓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976). The voluntary chapter 11 petitions for the Debtors other than SHDC are being filed substantially contemporaneously with the filing of this Motion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| SPECIALTY HOSPITAL OF WASHINGTON, LLC, et al., | *   Case No. 14-00279 |
| | *   Chapter 11 |
| Debtors. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BRANCH BANKING AND TRUST COMPANY'S WITNESS AND EXHIBIT RECORD**

Branch Banking and Trust Company ("BB&T"), by and through undersigned counsel, pursuant to Local Bankruptcy Rule 9070-1, submits the attached Witness and Exhibit Record.

Dated: May 22, 2014                          Respectfully Submitted,

/s/ Nikolaus F. Schandlbauer
Nikolaus F. Schandlbauer (Bar No. 434314)
E. John Steren (Bar No. 429307)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
(202) 326-5070
(202) 326-5270 facsimile
nfschandlbauer@ober.com
ejsteren@ober.com

Jeffrey S. Greenberg
(admission *pro hac vice* pending)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
100 Light Street
Baltimore, Maryland 21202
(410) 347-7387
(410) 263-7587 facsimile
jsgreenberg@ober.com

*Attorneys for Branch Banking and Trust Company*

2799289

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| SPECIALTY HOSPITAL OF WASHINGTON, LLC, et al., | * | Case No. 14-00279 |
| | * | Chapter 11 |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BRANCH BANKING AND TRUST COMPANY'S WITNESS AND EXHIBIT RECORD**

| Date | Case No. 14-00279 | Operator* | Page Number |
|---|---|---|---|
| | | | |

| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
|---|---|---|---|
| | | | |
| Lawrence D. Shields, Vice President Branch Banking and Trust Company 10500 Little Patuxent Parkway, Ste. 450 Columbia, MD 21044 (443) 367 5268 | Authenticity and admissibility of Financing Documents, loan history, amounts due and nature of security interests | 30 minutes | |

*For Court Use

2799289

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | * | |
|---|---|---|
| SPECIALTY HOSPITAL OF WASHINGTON, LLC, et al., | * | Case No. 14-00279 |
| | * | Chapter 11 |
| Debtors. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BRANCH BANKING AND TRUST COMPANY'S WITNESS AND EXHIBIT RECORD**

| Exhibit | Description | ID* | Date Admitted |
|---|---|---|---|
| A | Promissory Note (Term Facility A) dated March 24, 2008 in the original principal amount of $35,000,000, as modified by Allonge and First Modification to Promissory Note (Term Facility A) dated December 2, 2009 (collectively, "Term Note"). | | 5/23 |
| B | Revolving Promissory Note dated March 24, 2008 in the maximum principal amount of $7,500,000, as modified by Allonge and First Modification to Revolving Promissory Note dated December 2, 2009, Allonge and Second Modification to Revolving Promissory Note dated February 1, 2011, Allonge and Third Modification to Revolving Promissory Note dated April 15, 2011, Allonge and Fourth Modification to Revolving Promissory Note dated May 1, 2011, Allonge and Fifth Modification to Revolving Promissory Note dated July 18, 2011, Allonge and Sixth Modification to Revolving Promissory Note dated September 16, 2011 and Allonge and Seventh Modification to Revolving Promissory Note dated November 29, 2011 (collectively, Revolving Note"). | | 5/23 |

2799289                                                  2

| | | | |
|---|---|---|---|
| C | Business Loan and Security Agreement dated March 24, 2008, as modified by First Modification to Business Loan and Security Agreement and Other Loan Documents dated December 2, 2009, Second Modification to Business Loan and Security Agreement and Other Loan Documents dated February 1, 2011, Third Modification to Business Loan and Security Agreement and Other Loan Documents dated April 15, 2011, Fourth Modification to Business Loan and Security Agreement and Other Loan Documents dated May 1, 2011, Fifth Modification to Business Loan and Security Agreement and Other Loan Documents dated July 18, 2011, Sixth Modification to Business Loan and Security Agreement and Other Loan Document dated September 16, 2011, and Seventh Modification to Business Loan and Security Agreement and Other Loan Documents dated November 29, 2011 (collectively, "Loan and Security Agreement"). | | 5/23 |
| D | UCC-1 Financing Statement filed with the Delaware Secretary of State as File No. 20081199957, identifying Specialty Hospitals of America, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130820531. | | 5/23 |
| E | UCC-1 Financing Statement filed with the Delaware Secretary of State as File No. 20081199262, identifying Specialty Hospital of Washington, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130821588. | | 5/23 |
| F | UCC-1 Financing Statement filed with the Delaware Secretary of State as File No. 20081199668, identifying Specialty Hospital of Washington-Hadley, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130821968. | | 5/23 |

2799289                                                                3

| | | | |
|---|---|---|---|
| G | UCC-1 Financing Statement filed with the Delaware Secretary of State as File No. 20081199999, identifying Specialty Hospital of Washington-Nursing Center, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130821695. | | 5/23 |
| H | UCC-1 Financing Statement filed with the Delaware Secretary of State as File No. 20081199775, identifying SHA Hadley SNF, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130822248. | | 5/23 |
| I | UCC-1 Financing Statement filed April 1, 2008 with the Delaware Secretary of State as File No. 20081199700, identifying SHA Holdings, Inc. as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130822099. | | 5/23 |
| J | UCC-1 Financing Statement filed April 1, 2008 with the Delaware Secretary of State as File No. 20081199866, identifying SHA Management, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as File No. 20130820564. | | 5/23 |
| K | UCC-1 Financing Statement filed in the Washington, D.C. Recorder of Deeds as Doc. No. 2008032893, identifying Specialty Hospital of Washington, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as Doc. No. 2013025651. | | 5/23 |
| L | UCC-1 Financing Statement filed in the Washington, D.C. Recorder of Deeds as Doc. No. 2008032892, identifying Specialty Hospital of Washington-Hadley, LLC as Debtor, as continued pursuant to UCC-3 Financing Statement Amendment filed as Doc. No. 2013025650. | | 5/23 |

2799289　　　　　　　　　　　　　　　　　　4

| | | | |
|---|---|---|---|
| M | Deed of Trust, Security Agreement and Fixture Filing dated March 24, 2008 and recorded March 27, 2008 in the Washington, D.C. Recorder of Deeds as Doc. No. 2008032888. | | 5/23 |
| N | Amended and Restated Forbearance Agreement dated May 31, 2012, as modified by a First Modification to Amended and Restated Forbearance Agreement dated June 29, 2012, and a Second Modification to Amended and Restated Forbearance Agreement dated July 12, 2012 | | 5/23 |
| O | Certificate of Redemption | | 5/23 |
| P | Affidavit of Lawrence D. Shields, Vice President | | 5/23 |
| Q | Declaration of Gerald Rasmussen, MAI, FRICS | | 5/23 |

2799289                                                                      5