**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

SPECIALTY HOSPITALY OF
WASHINGTON, LLC, *et al.,*

Debtors.[1]

Case No. 14-00279

Chapter 11

(Jointly Administered)

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102, the following persons, having indicated a willingness to serve, are appointed to the Committee of Unsecured Creditors for the above case:

Alex Garrett
Director of Cash Management
Progressive Nursing Staffers of Virginia, Inc.
5531 Hempstead Way, Ste. B
Springfield, VA  22151
Ph: (703) 750-1010
Fax: (703) 750-1888
Email: agarrett@progressivenursing.com

Donald K. Tolson
Vice President – Finance & Administration
Rappahannock Goodwill Industries, Inc.
4701 Market Street
P.O. Box 905
Fredericksburg, VA  22408
Ph: (540) 371-3070
Email: Donnie.tolson@fredgoodwill.org

Jerry Carpenter
Director of Credit/Cash Management
Morrison Management Specialists, Inc.
4721 Morrison Dr, Suite 300
Mobile, AL  36609
Ph: (251) 461-3020
Fax: (251) 461-3193
Email: jerrycarpenter@iammorisson.com

Signature on Next Page

---

[1] The debtors in these chapter 11 cases and the last four digits of each debtor's federal identification number are: Specialty Hospital of America, LLC (1347), SHA Holdings, Inc. (1943), SHA Management, LLC (1350), Specialty Hospital of Washington, LLC (1352), Specialty Hospital of Washington Nursing Center, LLC (1348), Specialty Hospital of Washington Hadley, LLC (2586), and SHA Hadley SNF, LLC (1976).

Office of United States Trustee
Joseph A. Guzinski
115 South Union Street, Room 210
Alexandria, VA 22314
(703) 557-7176
joseph.a.guzinski@usdoj.gov

Dated: May 28, 2014

JUDY A. ROBBINS
U.S. TRUSTEE, REGION 4

By: */s/ Joseph A. Guzinski*
Joseph A. Guzinski
Assistant United States Trustee
Office of United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7176