**FILED**

CASE HEARING SUMMARY
(This is NOT an ORDER)

MAY 29 2014

Clerk, U.S. District and
Bankruptcy Courts

Date: 05/29/2014  Time: 09:30

CASE: 14-00279 Specialty Hospital of Washington, LLC : CHAPTER 11

~~Troop~~

Dania Slim and Patrick J. Potter ~~and Rick S. Miller~~ representing
Specialty Hospital of Washington, LLC (Debtor In Possession)

Nick Schadlbur   M. Greenberg   M. Sterer for BB+T

Bradford F. Englander ~~and Brent C. Strickland and Stephen W. Spence~~
representing Capitol Hill Group (Petitioning Creditor)

~~Stephen W. Spence representing CMH Inc. (Petitioning Creditor)~~

~~Stephen W. Spence representing JFW Services, LLC (Petitioning Creditor)~~

~~Stephen W. Spence representing J-Don Enterprise, LLC (Petitioning Creditor)~~

Albert Metro    Bradley Jones - UST

~~Stephen W. Spence representing Amalgamated Capital Partners, LLP~~    Prospective
~~(Petitioning Creditor)~~                                                Purchaser
                          Hansen - _____ + Purchaser
~~Englander Citigroup~~   Tater - Prospective Purchaser

Bradley D. Jones ~~and Joseph A. Guzinski~~ representing U.S. Trustee for
Region Four (U.S. Trustee)
Chris. Wimson for USA & IRS   Brai Hust   Seth Shapiro - US (Civil Div. DOJ)

[100] Motion to Approve (Emergency Motion for Interim and Final Orders
Authorizing the Debtors to Obtain Postpetition Financing on a Modified
Basis and Requesting Related Relief) Filed by Specialty Hospital of
Washington, LLC

**MOVANT** : Specialty Hospital of Washington, LLC BY R Miller; P Potter; D Slim;

|  | 1 Invol. Pet | | 111 debtors Ntc. Mod to de #100 |
|---|---|---|---|
| DE# | 56 order for relief | DE# | 116 order grant. shorten Ntc re de #100 |
|  | 67 MtN. Financing - debtor |  | 121 Capitol Hills sale support agreement |
| DE# | 68 MtN Bidding Pro. - debtor | DE# | 122 COS re MtN - debtor |
|  | 73 dec. support; first day - debtor |  |  |
| DE# | 75 Praecipe re first day MtN - debtors | DE# | 127 exhibits re de #67 |
|  | 80 BB+T's opp to de #67 |  |  |
| DE# | 101 MtN. Shorten Ntc - debtor | DE# | |
|  | 103 BB+T's opp to de #100 |  |  |

[107] Emergency Motion to Approve Requiring the Appointment of a Patient
Care Ombudsman Filed by U.S. Trustee for Region Four (Attachments: #1
Proposed Order Requiring Appointment of a PCO)

**MOVANT** : U.S. Trustee for Region Four BY J Guzinski; B Jones;

| DE# | 108 UST - MtN shorten Ntc | DE# | |
|---|---|---|---|
| DE# | 117 order granting de #108 | DE# | |
| DE# | | DE# | |
| DE# | | DE# | |

[124] Trustee's Motion to Dismiss Case Filed by U. S. Trustee for Region Four (Attachments: #_1_ Proposed Dismissal Order)

**MOVANT** : U. S. Trustee for Region Four BY J Guzinski; B Jones;

DE# 125 mtn. shorten ntc re de#124   DE# ____ _____

DE# 128 Order shortening time   DE# ____ _____

DE# ____ _____   DE# ____ _____

DE# ____ _____   DE# ____ _____

DISPOSITIONS:
    Granted____  Sustained____  Denied____
    Overruled____ Withdrawn____ Under Adv.____
    Moot_____ Consent_____ Dismissed____
    Continued to: __May 30_____, 20_14_, AT _1_:_30_ _P_.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES:

_____
_____
_____
_____
_____

_____
S. Martin Teel, Jr., United States Bankruptcy Judge