The order below is hereby signed.

Signed: June 2 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
            UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA
```

In re                           )
                                )
SPECIALTY HOSPITAL OF           )   Case Nos. 14-00279 and
WASHINGTON, LLC, *et al.*,      )   14-00295 through 14-00300
                                )        (Chapter 11)
                 Debtors.       )   (Jointly Administered
                                )   Under Case No. 14-00279)

ORDER AMENDING INTERIM ORDER
(RE POSTPETITION FINANCING, ETC.) ENTERED ON JUNE 2, 2014

On June 2, 2014, I signed an interim order (approving debtor in possession postpetition financing, etc.) that the debtors' counsel had **uploaded** for signing in the court's e-order system but that did not include the exhibit attached to the proposed order as **docketed**. Upon discovering that the signed order did not include the exhibit, I attempted to upload for signing a copy of the docketed proposed order *with* the exhibit. The **docketed** proposed order is in a format preventing my uploading the

proposed order with the exhibit.[1]  It is thus

    ORDERED that the *Interim Order Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Priming Liens and Providing Superpriority Claims, (IV) Granting Adequate Protection, (V) Scheduling Final Hearing and (VI) Granting Related Relief* (entered on June 2, 2014, as Dkt. No. 162) is amended to include as an exhibit the budget that was appended to the proposed order that was docketed on June 2, 2014, as Dkt. No. 159.

    [Signed and dated above.]

Copies to: CM/ECF e-recipients.

---

[1] When I attempted to upload the **docketed** proposed order, the e-orders system indicated that the exhibit had to be rotated before the proposed order could be uploaded.  Unfortunately, the debtors had docketed the proposed order in a format that prevented any modifications (including rotating pages so that the proposed order would be accepted for uploading, or deleting pages in order to extract the exhibit as a single document that the court could then append to a supplemental order making the exhibit part of the earlier order).