UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case Nos. 14-00279 and 14-00295 through 14-00300<br><br>(Chapter 11)<br><br>(Jointly Administered Under Case No. 14-00279) |

**NOTICE OF BID DEADLINE, AUCTION AND SALE
HEARING IN CONNECTION WITH THE
SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), seek to sell substantially all of their assets (the "**Assets**") free and clear of any and all liens, claims, and encumbrances.

2. On May 21, 2014, the Debtors filed a motion (the "**Sale Motion**") with the United States Bankruptcy Court for the District of Columbia (the "**Court**") seeking, among other things, entry of an order (the "**Bidding Procedures Order**") (i) approving certain auction and bidding procedures in connection with the sale of substantially all of the Debtors' assets (as modified on June 4, 2014, the "**Modified Bidding Procedures**"), (ii) authorizing the Debtors to enter into a stalking horse purchase agreement, subject to higher or otherwise better offers, (iii) approving procedures relating to the assumption and assignment of executory contracts and unexpired leases ("**Assumption and Assignment Procedures**"), (iv) scheduling an auction (the "**Auction**") and sale approval hearing (the "**Sale Hearing**"), (v) approving the form and manner of sale notice, and (vi) granting related relief.[2]

---

[1] The debtors in these chapter 11 cases and each debtor's federal identification number ("EIN") and chapter 11 case number are: Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion.

3. On June 2, 2014, the Court entered the Bidding Procedures Order. All interested parties are invited to make offers to purchase the Acquired Assets in accordance with the Modified Bidding Procedures and the Bidding Procedures Order. Copies of the Modified Bidding Procedures and Bidding Procedures Order may be obtained by: (a) written request to the Debtors' counsel, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, D.C. 20037-1122 (Attn: Dania Slim; dania.slim@pillsburylaw.com); (b) accessing the Court's website at http://www.dcb.uscourts.gov (please note that a PACER password is needed to access documents on the Court's website); or (c) viewing the docket of these cases at the office of the Clerk of the Court, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Suite 1225, Washington, DC 20001. **All interested parties should carefully read the Modified Bidding Procedures**.

4. The deadline to submit offers to purchase the Acquired Assets is **June 20, 2014 at 5:00 p.m. (prevailing Eastern Time)** (the "**Bid Deadline**"). Pursuant to the Modified Bidding Procedures and Bidding Procedures Order, if one or more Qualified Bids (as defined in the Modified Bidding Procedures), separate and apart from the bid of the Stalking Horse Purchaser, are received on or before the Bid Deadline, the Debtors will conduct the Auction commencing on **June 23, 2014 at 10:00 a.m. (prevailing Eastern Time)**, at the offices of Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122 or such later time or such other place as the Debtors shall designate in a subsequent notice to all Qualified Bidders and Notice Parties (as defined in the Modified Bidding Procedures), to determine the highest or otherwise best bid for the Acquired Assets (the "**Successful Bid**").

5. Only an entity that has submitted a Qualified Bid (a "**Qualified Bidder**") in accordance with the Modified Bidding Procedures to the following is eligible to participate in the auction: (i) counsel to the Debtors, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, DC 20037-1122 (Attn: Patrick Potter, patrick.potter@pillsburylaw.com) and Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY (Attn: Andrew Troop, andrew.troop@pillsburylaw.com); (ii) the Debtors' financial advisor, Alvarez & Marsal Healthcare Industry Group, LLC, 600 Madison Avenue, 8th Floor, New York, NY 10022 (Attn: Ronald Winters, rwinterws@alvarezandmarsal.com); (iii) the Debtors' investment banker, Cain Brothers & Company, LLC, 360 Madison Avenue, New York, NY 10017 (Attn: Gregory J. Hychko, ghychko@cainbrothers.com); and (iv) counsel to the Committee, Wiley Rein LLP, 1776 K Street, NW, Washington, DC 20006 (Attn: Valerie P. Morrison, vmorrison@wileyrein.com; Dylan Trache, dtrache@wileyrein.com).

6. The sale of the Acquired Assets to the Successful Bidder shall be presented for authorization and approval by the Court at the Sale Hearing, which is currently scheduled to be held on **June 25, 2014 at 10:30 a.m. (prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Courtroom 1, Washington, D.C. 20001 before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge. The Sale Hearing may be adjourned or rescheduled without further notice by announcing the adjourned date at the Sale Hearing.

7. Objections, if any, to approval of the sale of the Acquired Assets to the Successful Bidder shall (i) be in writing, (ii) comply with the Bankruptcy Rules, (iii) set forth the name of the objector, (iv) state with particularity the legal and factual bases for such objection, and (v) be

filed with the Clerk of the Court, United States Bankruptcy Court for the District of Columbia, 333 Constitution Avenue, NW, Suite 1225, Washington, D.C. 20001, together with proof of service thereof, and served on the following parties **so as to be <u>actually received</u> no later than 2:00 p.m. (prevailing Eastern Time) on June 24, 2014** (the "**Objection Deadline**") to (a) counsel to the Debtors, Pillsbury Winthrop Shaw Pittman LLP, 2300 N Street, NW, Washington, D.C. 20037-1122 (Attn: Patrick Potter, patrick.potter@pillsburylaw.com) and Pillsbury Winthrop Shaw Pittman. LLP, 1540 Broadway, New York, NY (Attn: Andrew Troop, andrew.troop@pillsburylaw.com); (b) counsel for the Stalking Horse Purchaser for noticing purposes, Squire Patton Boggs LLP, One East Washington Street, Suite 2700, Phoenix, AZ 85004 (Attn: Craig D. Hansen, craig.hansen@squirepb.com); (c) counsel to the Committee, Wiley Rein LLP, 1776 K Street, NW, Washington, DC 2006 (Attn: Valerie P. Morrison, vmorrison@wileyrein.com; Dylan Trache, dtrache@wileyrein.com); (d) counsel to the Successful Bidder, if not the Stalking Horse Purchaser; and (e) the Office of the United States Trustee for the District of Columbia, 115 S. Union Street, Room 210, Alexandria, VA 22314 (Attn: Bradley Jones, Bradley.D.Jones@usdoj.gov).

8. Failure of any entity to file an objection on or before the Objection Deadline shall be deemed to constitute consent to the sale of the Acquired Assets to the Successful Bidder and other relief requested in the Sale Motion, and be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Sale Motion, the Auction, the sale of the Acquired Assets, or the Debtors' consummation and performance of the terms of the asset purchase agreement entered into with the Successful Bidder, if authorized by the Court.

9. After determining the Successful Bid, the Debtors may determine which Qualified Bid is the next best bid (the "**Next Best Bid**"). If the Successful Bidder does not close the sale by the date agreed to by the Debtors and the Successful Bidder, then the Debtors shall be authorized to close with the party that submitted the Next Best Bid (the "**Next Best Bidder**"), without a further court order. The Next Best Bidder shall be required to close the sale with the Debtors to the extent the Successful Bidder fails to close.

10. This notice is subject to the full terms and conditions of the Sale Motion, the Modified Bidding Procedures, and the Bidding Procedures Order, and the Debtors encourage any interested parties to review such documents in their entirety. To the extent that this notice is inconsistent with the Bidding Procedures Order, the terms of the Bidding Procedures Order shall govern.

*[Signature Block on the Next Page]*

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com


Andrew M. Troop (admitted *pro hac vice)*
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for the Debtors*