The order below is hereby signed.

Signed: June 17 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case Nos. 14-00279 and 14-00295 through 14-00300<br><br>(Chapter 11)<br><br>(Jointly Administered Under Case No. 14-00279) |

## ORDER APPROVING STIPULATION

Upon consideration of the *Stipulation to Withdraw Petitioning Creditors' Emergency*

*Motion for an Order Directing the Appointment of a Chapter 11 Trustee without Prejudice*

---

[1]  The debtors in these chapter 11 cases and each debtor's federal identification number ("**EIN**") and chapter 11 case number are: Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300) (collectively, the "**Debtors**").

(the "**Stipulation**");[2] and it appearing that the Stipulation is appropriate, and good cause having been shown for approving the Stipulation, it is hereby

ORDERED, that the Stipulation, attached hereto as <u>Exhibit 1</u>, is approved, and the terms and conditions of the Stipulation are incorporated in this Order by reference as if fully set forth herein; and it is further

ORDERED, that the Trustee Motion is hereby deemed withdrawn without prejudice, each side to bear its own costs.

---

[2] Capitalized terms used but not otherwise defined herein have the meaning given such terms in the Stipulation.

cc:

All attorneys who have entered an appearance and who are registered e-filers.

Patrick Potter
Jerry Hall
Dania Slim
Pillsbury Winthrop Shaw Pittman LLP
2300 N. Street, NW
Washington, DC 20037-1122

Andrew M. Troop
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Bradford F. Englander
Whiteford Taylor & Preston LLP
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042-4510

Stephen W. Spence
Phillips, Goldman & Spence, P. A.
1200 N. Broom Street
Wilmington, DE 19806

Marc E. Albert
Katherine M. Sutcliffe Becker
Stinson Leonard Street LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006

# **Exhibit 1**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case Nos. 14-00279 and 14-00295 through 14-00300<br><br>(Chapter 11)<br><br>(Jointly Administered Under Case No. 14-00279) |

**STIPULATION TO WITHDRAW PETITIONING CREDITORS'**
**EMERGENCY MOTION FOR AN ORDER DIRECTING THE**
**APPOINTMENT OF A CHAPTER 11 TRUSTEE WITHOUT PREJUDICE**

I.    Recitals

1.    On April 23, 2014, Petitioning Creditors[2] filed an involuntary petition for relief under chapter 11 of the U.S. Bankruptcy Code[3] against Specialty Hospital of Washington, LLC ("**SHDC**") in the U.S. Bankruptcy Court for the District of Delware (the "**Delaware Court**").

2.    On April 28, 2014, Petitioning Creditors filed, with the Delaware Court, the Petitioning Creditors' Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee [Docket No. 11] (the "**Trustee Motion**").  The deadline for responding to the Trustee Motion was Thursday, May 8, 2014.  By stipulation of the parties, that deadline was extended to Tuesday, May 13, 2014, and then to May 28, 2014.

---

[1]    The debtors in these chapter 11 cases and each debtor's federal identification number ("**EIN**") and chapter 11 case number are: Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300) (collectively, the "**Debtors**").

[2]    The Petitioning Creditors are Capitol Hill Group, CMH Inc., JFW Services, LLC, J-Don Enterprise, LLC, Amalgamated Capital Partners, LLP and Metropolitan Medical Group, LLC. Metropolitan Medical Group, LLC has withdrawn from the involuntary petition.

[3]    11 U.S.C. §§ 101–1536 (2012).

3. On May 9, 2014, the Delaware Court transferred the case to this Court upon the consent of various parties, including Petitioning Creditors and SHDC. The case, however, did not appear on this Court's docket until May 14, 2014.

4. On June 11, 2014, the Debtors filed their Opposition to Petitioning Creditors' Emergency Motion for an Order Directing the Appointment of a Chapter 11 Trustee [Docket No. 204].

5. On June 12, 2014, this Court scheduled a hearing on the Trustee Motion for June 18, 2014 at 9:30 a.m. [Docket No. 213].

II. Agreement

Now, therefore, it is agreed and stipulated as follows:

1. The Trustee Motion shall be withdrawn without prejudice.

**WHEREFORE**, based on the foregoing, it is requested that this Court enter the proposed order submitted herewith approving this Stipulation and allowing the withdrawal of the Trustee Motion without prejudice.

2

Dated: June 17, 2014

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for the Debtors*


WHITEFORD TAYLOR PRESTON LLP

/s/ *Bradford F. Englander*
Bradford F. Englander (428617)
Justin P. Fasano (MD21201)
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042-4510
Telephone:  (703) 280-9081
Facsimile:  (703) 280-3370
benglander@wtplaw.com

*Counsel to Capitol Hill Group*

3

/s/ *Stephen W. Spence*
Stephen W. Spence, Esquire
Phillips, Goldman & Spence, P. A.
1200 N. Broom Street
Wilmington, DE  19806
302-655-4200
302-655-4210 (fax)
Email:  sws@pgslaw.com

*Counsel to CMH Inc., JFW Services, LLC, J-Don Enterprise, LLC, Amalgamated Capital Partners, LLP*


/s/ *Katherine M. Sutcliffe Becker*
Marc E. Albert, No. 345181
Katherine M. Sutcliffe Becker, No. 481398
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC 20006
Tel: 202-785-9100
Fax: 202-785-9163
E-mail: marc.albert@stinsonleonard.com
E-mail: Katherine.becker@stinsonleonard.com

*Attorneys for Metropolitan Medical Group, LLC*