UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, *et al.*,

Debtors.[1]

Case Nos. 14-00279 and
14-00295 through 14-00300

(Chapter 11)

(Jointly Administered Under
Case No. 14-00279)

## NOTICE OF NO QUALIFIED BIDS AND CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On June 2, 2014, the C~~our~~t entered the *Order (I) Approving Auction and Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing Entry Into a Stalking Horse Agreement, Subject to Higher or Otherwise Better Offers, (III) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling the Auction and Sale Hearing; (V) Approving the Form and Manner of the Sale Notice, and (VI) Granting Related Relief* (Doc. 169) (the "**Bidding Procedures Order**").[2]

2. Paragraph 2 of the Bidding Procedures Order provides that the "deadline for submitting a Qualified Bid in accordance with the Bidding Procedures shall be **June 20, 2014 at 5:00 p.m. (prevailing Eastern Time)** (the '**Bid Deadline**')."

3. Paragraph 8 of the Bidding Procedures Order provides that "Unless Debtors

---

[1] The debtors in these chapter 11 cases and each debtor's federal identification number ("**EIN**") and chapter 11 case number are: Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300).

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Bidding Procedures Order.

receive an additional Qualified Bid, they will not hold an Auction, and the Stalking Horse Purchaser shall be named the Successful Bidder."

4. The Debtors received neither an "additional Qualified Bid" nor any bid (other than the Stalking Horse Bid) by the Bid Deadline.

5. The Debtors will not hold an Auction, and the Stalking Horse is named the Successful Bidder.

Dated: June 20, 2014

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ *Patrick Potter*
Patrick Potter (426514)
Jerry Hall (976461)
Dania Slim (991689)
2300 N Street, NW
Washington, DC 20037-1122
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
dania.slim@pillsburylaw.com

Andrew M. Troop (admitted *pro hac vice*)
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500
andrew.troop@pillsburylaw.com

*Counsel for the Debtors*