**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case Nos. 14-00279 and |
| | 14-00295 through 14-00300 |
| SPECIALTY HOSPITAL OF | (Chapter 11) |
| WASHINGTON, LLC, *et al.*, | |
| | (Jointly Administered Under |
| Debtors.[1] | Case No. 14-00279) |

## AMENDED APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Please note a substitution on the creditor committee in the above referenced case:

    Remove:    Alex Garrett as representative of Progressive Nursing Staffers of Virginia, Inc.

    Substitute:    Jim Narron
    Chief Financial Officer
    Progressive Nursing Staffers of Virginia, Inc.
    5531 Hempstead Way, Ste. B
    Springfield, VA 22151
    Ph: (703) 750-1010
    Email: jnarron@progressivenursing.com

The other members of the committee at this time are:

| | |
|---|---|
| Donald K. Tolson | Jerry Carpenter |
| Vice President – Finance & Administration | Director of Credit/Cash Management |
| Rappahannock Goodwill Industries, Inc. | Morrison Management Specialists, Inc. |
| 4701 Market Street | 4721 Morrison Dr, Suite 300 |
| P.O. Box 905 | Mobile, AL 36609 |
| Fredericksburg, VA 22408 | Ph: (251) 461-3020 |
| Ph: (540) 371-3070 | Fax: (251) 461-3193 |
| Email: Donnie.tolson@fredgoodwill.org | Email: jerrycarpenter@iammorisson.com |

---

[1] The debtors in these chapter 11 cases and each debtor's Employer Identification Number (EIN) are: Specialty Hospital of Washington, LLC (EIN 81-0681352; Case No. 14-00279); Specialty Hospital of America, LLC (EIN 81-0681347; Case No. 14-00295); SHA Holdings, Inc. (EIN 20-5741943; Case No. 14-00296); SHA Management, LLC (EIN 81-0681350; Case No. 14-00297); Specialty Hospital of Washington Nursing Center, LLC (EIN 81-0681348; Case No. 14-00298); Specialty Hospital of Washington Hadley, LLC (EIN 20-5752586; Case No. 14-00299); and SHA Hadley SNF, LLC (EIN 20-5741976; Case No. 14-00300).

October 16, 2014                             JUDY A. ROBBINS
                                             U.S. TRUSTEE, REGION 4

                                             By:    */s/ Bradley D. Jones*
                                                    Bradley D. Jones (VSB No. 85095)
                                                    Trial Attorney
                                                    Office of United States Trustee
                                                    115 South Union Street, Suite 210
                                                    Alexandria, VA 22314
                                                    (703) 557-7228