**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case Nos. 14-00279 and |
| SPECIALTY HOSPITAL OF | ) | 14-00295 through 14-00300 |
| WASHINGTON, LLC, *et al.*, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered Under |
| | ) | Case No. 14-00279 |
| | ) | |

**STIPULATION REGARDING**
**MOTION FOR DETERMINATION OF CURE AMOUNT**
**FOR THE NOT-FOR-PROFIT HOSPITAL CORPORATION**

Pursuant to LBR 9071-1, and DCt LCvR 16.6, Movant Not-For-Profit Hospital

Corporation (referred to herein as "NFP") and Interested Party BridgePoint Healthcare, LLC

(f/k/a DCA Acquisitions, LLC) (referred to herein as "BridgePoint Healthcare"), by and through

their respective counsel, hereby stipulate as follows:

WHEREAS, the parties have reached an agreement in principle as to the amount

and timing of the payment of the cure amount at issue in NFP's Motion For Determination of

Cure Amount (the "Cure Amount Motion");

WHEREAS, the parties require additional time to finalize the documentation of

their agreement, which the parties anticipate completing within two weeks;

WHEREAS, the parties anticipate the Cure Amount Motion will be withdrawn

without prejudice after an initial payment and then withdrawn with prejudice after a final

payment by BridgePoint to NFP in execution of the agreement in principle;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

through their respective counsel, that:

1.      The Court's hearing scheduled for October 22, 2015 at 10:30 a.m. should be cancelled and rescheduled for a time convenient for the Court after November 16, 2015.

2.      If the Cure Amount Motion is withdrawn before that date, as the parties anticipate, no further hearing will be necessary and any rescheduled hearing should be cancelled.

3.      The deadline for the Debtors Specialty Hospital of Washington, LLC and its affiliates and BridgePoint Healthcare and its affiliates to file any written response or objections to the Cure Amount Motion shall be one week prior to any rescheduled hearing.

Dated: October 20, 2015                              Respectfully submitted,

/s/ *Michael J. Edney* _____
Michael J. Edney (DC Bar No. 492024)
Filiberto Agusti (DC Bar No. 270058)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Tel: (202) 429-3000
Fax: (202 429-3902
Email: medney@steptoe.com
Email: fagusti@steptoe.com

*Counsel for BridgePoint Healthcare LLC,*
*(f/k/a DCA Acquisitions, LLC)*

/s/ *Emil Hirsch* _____
Emil Hirsch – MD Bar No. 00557
Steven A. Pozefsky – MD Bar No. 29707
POLSINELLI, PC
1401 Eye Street, NW, Suite 800
Washington, DC 20005
Telephone: (202) 626-8369
Facsimile: (202) 783-3535
Email: ehirsch@polsinelli.com
Email: spozefsky@polsinelli.com

*Counsel for Not-For-Profit Hospital Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON October 20, 2015, the foregoing Stipulation was served via the Court's ECF system upon all counsel of record.

*/s/ Michael J. Edney*_____
Michael J. Edney