**U.S. Trustee Basic Monthly Operating Report**
**Form SB-1**

| | | | |
|---|---|---|---|
| **Case Name:** | Specialty Hospital of Washington, LLC | **Date Filed:** | 2/25/2018 |
| **Case Number:** | 14-00279 | **SIC Code:** | |

IN ACCORDANCE WITH TITLE 2B, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

3/7/18
DATE REPORT SIGNED

Edwin Clark CFO and VP Finance
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH THE DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required in this form. The U.S. Trustee may permit the debtor to eliminate duplicate information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1 | IS THE BUSINESS STILL OPERATING? | X | | |
| 2 | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X | |
| 3 | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKTRUPTCY? | | X | |
| 4 | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X | |
| 5 | DID YOU PAY ALL OF YOUR BILLS ON TIME THIS MONTH? | X | | |
| 6 | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | | |
| 7 | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | | |
| 8 | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | | |
| 9 | DID ANY INSURANCE COMPANY CANCEL OR CHANGE YOUR POLICY THIS MONTH? | | X | |
| 10 | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X | |
| 11 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X | |
| 12 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X | |
| 13 | DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO A DIP ACCOUNT THIS MONTH? | X | | |
| 14 | DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X | |
| 15 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | | |
| 16 | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | X | | |
| 17 | DO YOU HAVE ANY PAST DUE TAX RETURNS OR POST PETITION TAX OBLIGATIONS? | | x | |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

**NOTE: (DEBTOR MUST ANSWER ALL QUESTIONS LISTED ABOVE.)**

**INCOME**
PLEASE SEPARATELY LIST ALL OF THE INCOME YOUR RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT CARD TRANSACTIONS. (If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.)
**(EXHIBIT B)**       **TOTAL INCOME** _____ -

**EXPENSES**
PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE

AMOUNT.  (If you use an automated system, please attach a copy of the Disbursements Journal.  Otherwise, attach a copy of the Check Register.)

| | | |
|---|---|---|
| **(EXHIBIT C)** | **TOTAL EXPENSES** | - |

## CASH PROFIT

| | | |
|---|---|---|
| TOTAL INCOME LESS TOTAL EXPENSES (EXHIBIT B MINUS EXHIBIT C) | **CASH PROFIT** | - |

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT, AND WHEN THE DEBT IS DUE.

| | | |
|---|---|---|
| **(EXHIBIT D)** | **TOTAL PAYABLES** | 703,908 |

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED, AND WHEN IT IS DUE.

| | | |
|---|---|---|
| **(EXHIBIT E)** | **TOTAL RECEIVABLES** | - |

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 224 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS PERIOD? | See Debtor Budget (Exhibit F) |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | See Debtor Budget (Exhibit F) |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THE REPORTING PERIOD? | See Debtor Budget (Exhibit F) |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | See Debtor Budget (Exhibit F) |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? | See Debtor Budget (Exhibit F) |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? | See Debtor Budget (Exhibit F) |

**(IF USING EXCEL TO FILL OUT ATTACHED FORMS, DEBTOR ONLY NEEDS TO FILL OUT THE EMPLOYEE AND PROFESSIONAL FEE SECTIONS.  IF COMPLETED MANUALLY, DEBTOR MUST ANSWER ALL QUESTIONS.)**

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES, AND CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | $ See Debtor Budget (Exhibit F) |
| ACTUAL INCOME FOR THE MONTH:  (EXHIBIT B) | $ - |
| DIFFERNCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ - |
| PROJECTED EXPENSES FOR THE MONTH: | $ See Debtor Budget (Exhibit F) |
| ACTUAL EXPENSES FOR THE MONTH:  (EXHIBIT C) | $ - |
| DIFFERNCE BETWEEN PROJECTED AND ACTUAL INCOME: | $ - |
| PROJECTED CASH PROFIT FOR THE MONTH: | $ - |

ACTUAL CASH PROFIT FOR THE MONTH:                                                           $ _____ -

DIFFERNCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:                  $ _____ -
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)

**(IF ACTUAL CASH PROFIT WAS 90% OR LESS THAN PROJECTED CASH PORFIT, PLEASE ATTACH A DETAILED WRITTEN EXPLANATION.)**

**(IF USING EXCEL TO FILL OUT ATTACHED FORMS, DEBTOR ONLY NEEDS TO COMPLETE PROJECTION FIGURES.  IF COMPLETED MANUALLY, DEBTOR MUST ANSWER ALL QUESTIONS.)**

| RECONCILIATION OF CASH DISBURSEMENTS | |
|---|---|
| **CASH DISBURSEMENTS PER FORM 4A-2** | **0.00** |
| **CASH DISBURSEMENTS PER SUM OF FORM 4A-3** | **0.00** |
| **CASH DISBURSEMENTS PER FORM 4D** | **0.00** |

**DEBTOR:**   Specialty Hospital of Washington, LLC   **CASE NO:**   14-00279

### CASH RECEIPTS AND DISBURSEMENTS STATEMENT FORM SB-2

For Period:   01/01/18   to   01/31/18

| CASH FLOW SUMMARY | | Current Month | | Accumulated |
|---|---|---|---|---|
| 1. Beginning Cash Balance | $ | - (1) | $ | (55,255) (1) |
| **2. Cash Receipts** | | | | |
| Operations | | - | | 7,243,468 |
| Sale of Assets   NOTE:  See (B) Below: | | - | | - |
| Loans/advances/transfers | | - | | 31,932,599 |
| Other | | - | | 482,096 |
| **Total Cash Receipts** | $ | - | $ | 39,658,163 |
| **3. Cash Disbursements** | | | | |
| Operations | $ | - | $ | 33,091,043 |
| Debt Service/Secured loan payment/Transfers | | - | | 6,511,865 |
| Professional fees/U.S. Trustee fees | | - | | - |
| Payments made from asset sale:  NOTE:  See (C) Below. | | - | | - |
| Other | | - | | - |
| **Total Cash Disbursements** | $ | - | $ | 39,602,908 |
| 4. Net Cash Flow (Total Cash Receipts less | | | | |
| **Total Cash Disbursements)** | $ | - | $ | 55,255 |
| **5 Ending Cash Balance** | $ | - (2) | $ | - (2) |

| CASH BALANCE SUMMARY See Note (A) below. | | Book |
|---|---|---|
| Petty Cash | $ | - |
| DIP Operating Account | $ | - |
| DIP State Tax Account | $ | - |
| DIP Payroll Account | $ | - |
| Other Operating Account | $ | - |
| Other Interest-bearing Account | $ | - |
| **TOTAL (must agree with Ending Cash Balance above)** | $ | - (2) |
| **Variance between Ending Cash Balance and Ending Book Balances:** | | |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*
*(B) This figure should include the gross amount the seller receives from the sale.  On a HUD-1, this would be line 420.*
*(C) This figure should include all reductions paid by the debtor for the sale of of asset(s).  On a HUD-1, this would be line 520.*
*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*   Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**   **Specialty Hospital of Washington, LLC**                   **CASE NO:**       **14-00279**

### Form SB-3
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)
**For Period:**        01/01/18              to              01/31/18

**CASH RECEIPTS DETAIL**                         **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|------|-------|-------------|---|--------|
|  | SEE ATTACHED (exhibit B) | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
|  |  | | $ | |
| | | **Total Cash Receipts** | $ | (1) |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash receipts listed on Form SB-2.*

**DEBTOR:**   **Specialty Hospital of Washington, LLC**                    14-00279

### Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**                    **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           | SEE ATTACHED (exhibit C) |        | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |
|      |           |       |                      | $ |

**Total Cash Disbursements $** _____ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:**    **Specialty Hospital of Washington, LLC**    **14-00279**

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**    **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |

**Total Cash Disbursement** $ _____

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form SB-2*

DEBTOR:   **Specialty Hospital of Washington, LLC**                    14-00279

## Form SB-4
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (SEE NOTE A)

**CASH DISBURSEMENTS DETAIL**                 **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |
|  |  |  |  | $ |

**Total Cash Disbursements** $

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:**  Specialty Hospital of Washington, LLC          **CASE NO:**          14-00279

### Form SB-5
### COMPARATIVE BALANCE SHEET
For Period Ended:    01/31/18

| | Current Month | Petition Date (1) |
|---|---|---|
| ***ASSETS*** | | |
| **Current Assets:** | | |
| Cash and Cash Equivalents (from Form 2-B, line 5) | $ - | $ 98,286 |
| Accounts Receivable (from Form 2-E) | - | (718,677) |
| Receivable from Officers, Employees, Affiliates | | |
| Inventory | - | 363,083 |
| Other Current Assets :(List) | - | 832,104 |
| **Total Current Assets** | $ - | $ 574,797 |
| **Fixed Assets:** | | |
| Land | $ - | $ |
| Building | - | |
| Equipment, Furniture and Fixtures | - | 4,566,455 |
| **Total Fixed Assets** | $ - | $ 4,566,455 |
| Less:  Accumulated Depreciation | ( - ) | ( 2,019,132 ) |
| **Net Fixed Assets** | $ - | $ 2,547,323 |
| Other Assets (List):     Intercompany | (21,104,737) | - |
| Goodwill | 13,722,389 | - |
| **TOTAL ASSETS** | $ (7,382,348) | $ 3,122,120 |
| ***LIABILITIES*** | | |
| **Post Petition Liabilities:** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 389,165 | $ |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | |
| Post-petition Taxes Payable (from Form 2-E) | - | |
| Post-petition Notes Payable | | |
| Other Post-petition Payable(List):     Payroll exp | 64,743 | |
| Other | 250,000 | |
| **Total Post Petition Liabilities** | $ 703,908 | $ - |
| **Pre Petition Liabilities: (Exhibit G)** | | |
| Secured Debt | - | 50,419,868 |
| Priority Debt | - | 7,860 |
| Unsecured Debt | 25,675,407 | 46,293,646 |
| **Total Pre Petition Liabilities** | $ 25,675,407 | $ 96,721,374 |
| **TOTAL LIABILITIES** | $ 26,379,315 | $ 96,721,374 |
| ***OWNERS' EQUITY*** | | |
| Owner's/Stockholder's Equity | $ 100,000 | $ 100,000 |
| Retained Earnings - Prepetition | (27,032,927) | (93,699,254) |
| Retained Earnings - Post-petition | (6,828,735) | |
| **TOTAL OWNERS' EQUITY** | $ (33,761,662) | $ (93,599,254) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ (7,382,348) | $ 3,122,120 |
| **VARIANCE (ASSETS - LIABILITIES +- CAPITAL) MUST BE $0** | $ 0.00 | $ 0.00 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*
*listed on the Debtor's schedules.*
**NOTE: IF USING EXCEL, EACH LINE MUST CONTAIN A NUMBER.**

**DEBTOR:**   **Specialty Hospital of Washington, LLC**        **CASE NO:**   **14-00279**

### Form SB-6
### PROFIT AND LOSS STATEMENT
**For Period**      01/01/18      **to**      43,131

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | - | $ | 23,000,839 |
| Less: Discounts, Returns and Allowances | ( | - | ) ( | 11,590,147 ) |
| **Net Operating Revenue** | $ | - | $ | 11,410,692 |
| Cost of Goods Sold | | - | | - |
| **Gross Profit** | $ | - | $ | 11,410,692 |
| **Gross Profit Margin** | | #DIV/0! | | 100% |
| **Operating Expenses** | | | | |
| Officer Compensation | $ | - | $ | - |
| Selling, General and Administrative | | - | | 13,772,103 |
| Rents and Leases | | | | - |
| Depreciation, Depletion and Amortization | | - | | 788,397 |
| Other (list):   Bank fees | | - | | 1,668 |
| | | | | |
| **Total Operating Expenses** | $ | - | $ | 14,562,169 |
| **Operating Income (Loss)** | $ | - | $ | (3,151,477) |
| **Non-Operating Income and Expenses** | | | | |
| Other Non-Operating Expenses | $ | - | $ | - |
| Gains (Losses) on Sale of Assets | | - | | - |
| Interest Income | | - | | - |
| Interest Expense | | - | | 717,533 |
| Other Non-Operating Income | | - | | |
| **Net Non-Operating Income or (Expenses)** | $ | - | $ | (717,533) |
| **Reorganization Expenses** | | | | |
| Legal and Professional Fees | $ | - | $ | - |
| Other Reorganization Expense Sale of Assets | | - | | 2,959,725 |
| **Total Reorganization Expenses** | $ | - | $ | 2,959,725 |
| **Net Income (Loss) Before Income Taxes** | $ | - | $ | (6,828,735) |
| Federal and State Income Tax Expense (Benefit) | | - | | - |
| **NET INCOME (LOSS)** | $ | - | $ | (6,828,735) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*
**NOTE:  IF USING EXCEL, ALL LINES MUST CONTAIN A NUMBER.**

**DEBTOR:**  **Specialty Hospital of Washington, LLC**          **CASE NO:**     14-00279

<div align="center">

**Form SB-7**
**DISBURSEMENT SUMMARY**
**For the Month Ended:**          01/31/18

</div>

| | | |
|---|---|---|
| Total Disbursements from Operating Account (Note 1) | $ | 0 |
| Total Disbursements from Payroll Account (Note 2) | $ | 0 |
| Total Disbursements from Tax Escrow Account (Note 3) | $ | 0 |
| Total Disbursements from and other Account (Note 4) | $ | 0 |
| **Grand Total disbursements from all accounts** | $ | 0 |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account.  Exclude only transfers to the debtor in possession payroll account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account, the debtor in possession tax escrow account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the tax escrow account.  Exclude only transfers to the debtor in possession operating account, the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 4 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtors behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)

<div align="center">

**FEE SCHEDULE**

</div>

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999................... | $325 | $1,000,000 to $1,999,999.. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999.. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999.. | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,99 | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more........ | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717.   The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

**DEBTOR:**  **Specialty Hospital of Washington, LLC**          **CASE NO:**          14-00279

Form SB-8
**NARRATIVE**
**FOR THE PERIOD 1/1 to 1/31**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

SEE ATTACHED

Form SB-8

On April 23, 2014, an involuntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code was filed against Specialty Hospital of Washington, LLC ("**SHDC**") in the U.S. Bankruptcy Court for the District of Delaware.  On May 9, 2014, however, the case was transferred to the U.S. Bankruptcy Court for the District of Columbia (the "**Bankruptcy Court**") upon the request of various parties, including the petitioning creditors, the District of Columbia, other federal agencies and SHDC.  On May 21, 2014, SHDC consented to the entry of an order for relief (which was entered), and the other Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

Prior to May 21, 2014, the Debtors negotiated the terms of a $15 million debtor-in-possession credit facility (the "**DIP Facility**") with DCA Acquisitions, LLC ("**DCA**").  After lengthy contested hearings conducted on May 23, May 29 and May 30, 2014, the Bankruptcy Court approved the DIP Facility on an interim basis pursuant to an order entered on June 2, 2014. After further negotiations with creditors and parties in interest, and a hearing on June 18, 2014, the Bankruptcy Court entered an order on June 25, 2014, approving the DIP Facility on a final basis.  The availability under the DIP Facility and its maturity date were extended on two occasions to provide the Debtors with funding through the extension of the closing of the sale of substantially of the Debtors' assets and business/healthcare operations discussed below.

In January 2014, the Debtors began formal marketing for the sale of substantially all of their assets and business/healthcare operations.  By May 21, 2014, the Debtors selected DCA as the "stalking horse" bidder.  After a lengthy contested hearing conducted on May 30, 2014, the Bankruptcy Court approved the Debtors' bidding procedures (the "**Bidding Procedures**") and the Debtors' designation of DCA as the stalking horse purchaser, as well as accompanying bidding provisions, including a break-up fee, pursuant to an order entered on June 2, 2014.  The Bidding Procedures established a process pursuant to which potential bidders could conduct due diligence and submit a competing bid to acquire the Debtors' assets.  No competing bids were received by June 20, 2014 deadline, and as a result, the Debtors did not hold the previously-scheduled auction on June 23, 2014.

A hearing to approve the Debtors' request to sell substantially all of their assets and business/healthcare operations to DCA was conducted on June 25, 2014.  Several objections and responses to the Debtors' request were filed by creditors and parties in interest.  Extensive negotiations over the form and substance of an order (the "**Sale Order**") authorizing the sale (the "**Sale**") occurred prior to commencement of the June 25 hearing.  By the conclusion of that hearing, the Debtors and other parties had reached agreement in principle of the substance of a Sale Order, and the Bankruptcy Court approved the Sale, subject to settlement and presentment of the Sale Order.  Between June 25 and June 27, 2014, the Debtors continued to negotiate with certain parties regarding language necessary to settle the Sale Order.  A final form of the Sale Order was endorsed by the principal parties and submitted for court approval on June 27, 2014. The Bankruptcy Court entered the Sale Order on June 30, 2014.

On November 14, 2014, DCA extended the time to close on the Sale (the **"Closing"**) to November 30, 2014 and December 12, 2014, DCA further extended the Closing to December 19, 2014. The Closing was subject to various conditions precedent identified in the Sale Order and the Assets Purchase Agreement, including the Debtors and DCA reaching acceptable settlements and other arrangements with various federal and local regulatory authorities. The relevant settlements and other arrangements were achieved and the Closing occurred on December 18, 2014. In connection with the Closing and the transaction, DCA agreed to continue to fund all pre-Closing operations and other expenses and costs pursuant to the Second Extension Order (Doc. 730).

From and after the Closing, the Debtors (through their Board of Directors and other individuals, including their chief financial officer, Edwin Clark, who continues to provide services for the Debtors and be compensated for the same) have continued to manage their remaining assets, pay pre-Closing administrative expenses, and addressed other matters. On January 6, 2015, the Court entered an order approving the retention of Sills Cummins & Gross P.C. as special counsel to the Debtors and Committee to investigate potential causes of action (the "**Sills Investigation**"). The Sills Investigation has been completed.

On October 28, 2015, the Debtors entered into a stipulation with the Internal Revenue Service regarding the release of certain escrow funds for tax obligations. Pursuant to the stipulation, the IRS was paid $11,348.45 and the balance of the almost $400,000 in escrowed funds was returned to the Debtors' estates, and used to pay court-approved administrative expenses. See Doc. 944. Additionally, on May 25, 2016, the Court approved a settlement with the Debtors' former workers' compensation insurance provider ("**AIG**") that resulted in the return of $492,171 to the Debtors from cash collateral posted with AIG prior to the petition date. See Doc. 958.

The Debtors entered into a settlement with the United States Department of Labor ("**DOL**") and others, which settlement was approved by the Bankruptcy Court on August 17, 2017 (Doc. 1019). Pursuant to the terms of the settlement the Debtor paid DOL $15,000 and turned over approximately $73,000 in restricted funds to DOL. Additional funds were paid to DOL by the Debtor's insurance carrier. This matter is concluded.

The Debtors entered into a settlement with former director James Rappaport (a chapter 11 debtor in Arizona), which was approved by the Court on September 7, 2017 (Doc. 1031). Pursuant to the terms of the settlement, the Debtors and Mr. Rappaport agreed to release one another from claims in the respective chapter 11 cases. This matter is concluded.

It is anticipated that professionals in the case will file final fee applications, and that the Debtors will file a motion to dismiss in the relative near future.

**DEBTOR:** Specialty Hospital of Washington, LLC

**CASE NUMBER:** 14-00279

**INITIAL FINANCIAL REPORT**

**FORM PC - 1**
CHAPTER 11
COVER SHEET

01/31/18
Date of Report

*THIS REPORT IS DUE 15 DAYS AFTER THE PETITION FILING DATE*

Mark One Box for Each
Required Document:

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| ☐ | ☒ | ☐ | 1. Latest Fiscal Year Financial Statements or Tax Returns |
| ☐ | ☒ | ☐ | 2. Balance Sheet as of Month End Immediately Preceding Filing |
| ☐ | ☒ | ☐ | 3. Profit and Loss Statement for Month and Year Immediately Preceding Filing |
| ☐ | ☒ | ☐ | 4. Proof of Insurance Coverage: |
| ☐ | ☒ | ☐ | a. General Liability Insurance |
| | ☒ | | b. Property (Fire, Theft, etc.) Insurance |
| | ☒ | | c. Workers' Compensation Insurance |
| | ☒ | | d. Vehicle Insurance |
| | ☒ | | e. Other: |
| ☐ | ☒ | ☐ | 5. Projected Revenue, Expenses and Cash Flow for First 180 Days of Post Petition Operations |
| | | | 6. Name and Address of Financial Institution, Account Number and Sample Voided Check for Each Debtor in Possession Bank Account |
| ☐ | ☐ | ☐ | a. General Account |
| | | | c. Tax Account (if required) |

*I declare under penalty of perjury that the following Initial Financial Report, and any attachments are true and correct to the best of my knowledge and belief.*

**Executed on:** 02/26/18      **Debtor(s):**

**By:** Edwin Clark

**Position:** CFO and VP Finance

**NOTE: Signature of Debtor(s) is required.**

Exhibits

Exhibit D

Specialty Hospital of Washington LLC
Unpaid Bills
1/31/2018

| Payee Description | Date Incurred | Due Dates | Purpose of Obligation | Obligation |
|---|---|---|---|---|
| **Trade payables** | Various | Various | Hospital Operations | $ **389,165** |
| | | | | |
| **Other Accrued Expense** | | | | |
| Other Accrued Costs | Various | Various | Hospital Operations | 250,000 |
| Accrued Payroll Costs and taxes , including vacation | Various | Various | Employee Payroll | 64,743 |
| **Total Accrued Expenses** | | | | **314,743** |
| | | | | |
| **Total Unpaid Bills** | | | | $ **703,908** |

Exhibit E

Specialty Hospital of Washington, LLC
Net Patient Accounts Receivable
31-Jan-18

| Specialty Hospital of Washington Nursing Center, LLC | Medicare | Medicaid | Commercial | Bad Debt | Total |
|---|---|---|---|---|---|
| Gross Accounts Receivable | $  - | - | - | - | $  - |
| *Adjustments* | | | | | |
| Contractual Allowance | - | - | - | - | - |
| Bad Debts | - | - | - | - | - |
| Total Adjustments | - | - | - | - | - |
| Net Accounts Receivable | $  - | - | - | - | $  - |

*All Accounts Receivable was transferred at close*

Exhibit F

PRIVILEGED & CONFIDENTIAL

**Specialty Hospitals of America, LLC**
Weekly Cash Flow Forecast - Filed with Court, Final Order - modified to reflects actual cash and DIP balance as of 8/15/14
*($000's)*

| | | | | | | | | | | | | Extended DIP Forecast 1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Week Number:* | | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 20 | 27 | 28 | 29 | 30 | 31 | Pro Fees | 19 Week |
| *Actual/Projected:* | | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | & Other | Forecast |
| *Week ending:* | | 22-Aug | 29-Aug | 5-Sep | 12-Sep | 19-Sep | 26-Sep | 3-Oct | 10-Oct | 17-Oct | 24-Oct | 31-Oct | 7-Nov | 14-Nov | 21-Nov | 28-Nov | 5-Dec | 12-Dec | 19-Dec | Accr Admin | Total |
| Cash Flow Model | | | | | | | | | | | | | | | | | | | | | |
| Capitol Hill Total | | $ 551 | $ 126 | $ 1,421 | $ 215 | $ 265 | $ 90 | $ 265 | $ 1,246 | $ 203 | $ 90 | $ 78 | $ 90 | $ 1,234 | $ 215 | $ 78 | $ 90 | $ 1,234 | $ 215 | $ - | $ 7,704 |
| Hadley Total | | 150 | 516 | 888 | 173 | 243 | 148 | 243 | 791 | 217 | 146 | 241 | 146 | 887 | 171 | 241 | 146 | 887 | 171 | - | 6,405 |
| Total Receipts | (1) | 701 | 642 | 2,309 | 388 | 508 | 237 | 508 | 2,037 | 420 | 236 | 319 | 236 | 2,121 | 386 | 319 | 236 | 2,121 | 386 | - | 14,109 |
| *Operating Disbursements* | | | | | | | | | | | | | | | | | | | | | |
| Payroll, Payroll Taxes & Benefits | | 1,362 | 329 | 1,399 | - | 1,749 | - | 1,399 | - | 1,749 | - | 1,399 | - | 1,749 | - | 1,399 | 325 | 1,399 | - | 1,399 | 15,659 |
| Payroll Taxes (Escrow) | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical supplies | | - | - | - | 100 | - | 150 | - | 100 | - | 150 | - | 100 | - | 150 | - | 200 | - | 200 | - | 1,150 |
| Outside Services | (2) | - | - | - | 350 | - | 275 | 373 | 175 | 175 | 275 | 373 | 175 | 175 | 275 | 373 | 275 | 548 | 275 | - | 4,092 |
| Physician Services | | - | - | - | - | - | - | 480 | - | - | - | 480 | - | - | - | 480 | 186 | 325 | - | - | 1,951 |
| Rent | | - | 230 | - | - | - | - | 230 | - | - | - | 230 | - | - | - | 230 | - | - | - | - | 920 |
| Miscellaneous | (3) | - | 7 | - | 100 | - | - | 376 | - | 100 | - | 426 | - | 100 | - | 376 | 200 | 100 | - | - | 1,785 |
| Other | (4) | 373 | 3,693 | 227 | 219 | 200 | 355 | 257 | 196 | 183 | 203 | 183 | 393 | 208 | 183 | 183 | 265 | 265 | 265 | 1,775 | 9,530 |
| Total Operating Disbursements | | 1,635 | 4,259 | 1,626 | 769 | 1,949 | 780 | 3,115 | 471 | 2,207 | 633 | 3,091 | 668 | 2,232 | 608 | 3,041 | 1,451 | 2,637 | 740 | 3,174 | 35,087 |
| Net Operating Cash Flow | | (934) | (3,617) | 683 | (381) | (1,412) | (543) | (2,609) | 1,566 | (1,707) | (397) | (2,772) | (432) | (111) | (222) | (2,722) | (1,215) | (517) | (354) | (3,174) | (20,078) |
| *Non-Operating Disbursements* | | | | | | | | | | | | | | | | | | | | | |
| Professional Fees | (5) | 797 | 65 | 94 | 144 | 94 | 191 | 151 | 101 | 101 | 146 | 246 | 151 | 171 | 151 | 251 | 151 | 151 | 251 | 2,213 | 5,619 |
| Other | (6) | - | - | - | - | - | - | - | - | - | - | 20 | - | 161 | - | - | - | - | 28 | 226 | 443 |
| Lender Professional Fees | (7) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 800 | - | 400 | 1,200 |
| 503(b)(9) Claims | (8) | - | - | - | 25 | - | - | - | - | 458 | - | - | - | - | - | - | - | - | - | - | 483 |
| Carveout Reserve | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Non-Operating Disbursements | | 797 | 65 | 94 | 169 | 94 | 191 | 151 | 101 | 559 | 146 | 274 | 151 | 332 | 151 | 251 | 151 | 951 | 279 | 2,839 | 7,745 |
| *Taxes* | | | | | | | | | | | | | | | | | | | | | |
| DC Taxes (provider, sales & use, property) | | - | - | - | 83 | - | 175 | 540 | 83 | - | - | - | - | - | - | - | - | - | - | - | 880 |
| *Interest* | | | | | | | | | | | | | | | | | | | | | |
| BB&T Facilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| NCB | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mezzanine Loan | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIP Interest, Fees & Expenses | (9) | - | 101 | - | - | - | - | 162 | - | - | - | 251 | - | - | - | 215 | - | - | 1,390 | - | 2,118 |
| Total Cash Flow | | (1,731) | (3,783) | 590 | (632) | (1,535) | (909) | (3,460) | 1,383 | (2,346) | (543) | (3,297) | (583) | (443) | (373) | (3,188) | (1,366) | (1,468) | (2,022) | (6,013) | (31,721) |
| Beginning Cash | | $ 5,162 | $ 3,431 | $ - | $ 590 | $ - | $ - | $ - | $ - | $ 1,383 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,162 |
| Change in Cash | | (1,731) | (3,783) | 590 | (632) | (1,535) | (909) | (3,460) | 1,383 | (2,346) | (543) | (3,297) | (583) | (443) | (373) | (3,188) | (1,366) | (1,468) | (2,022) | (6,013) | (31,721) |
| Borrowings (Repayment) of Debt | | - | 153 | - | 43 | 1,535 | 909 | 3,460 | - | 963 | 543 | 3,297 | 583 | 443 | 373 | 3,188 | 1,366 | 1,468 | 2,022 | 6,013 | 26,560 |
| Ending Cash | | $ 3,431 | $ - | $ 590 | $ - | $ - | $ - | $ - | $ 1,383 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Ending DIP Balance | | $ 10,840 | $ 11,201 | $ 11,201 | $ 11,244 | $ 12,779 | $ 13,687 | $ 17,148 | $ 17,148 | $ 18,111 | $ 18,655 | $ 21,951 | $ 22,535 | $ 22,978 | $ 23,351 | $ 26,539 | $ 27,905 | $ 29,372 | $ 31,395 | $ 37,408 | $ 37,408 |

NOTES: Assumes sale closing date 12/19/2014. Cure cost payments are not included in the DIP forecast
Amounts exclude estimate for accrued administrative expenses at transaction close; e.g. payroll due through 12/19/2014, etc.
Does not include lump sum payment of post-petition PTO amounts, if not assumed by the buyer
Does not include payroll and payroll-related expenses for the three principals
Does not include payment of pre-petition employee medical benefits under the self insured plan (current estimate is $1.7MM)
Includes a contribution of $275K (to be added to the $425K currently on deposit) for healthcare claims of employees and dependents incurred between 5/20/2014 and 8/1/2014 under the self-funded insurance plan, to bring the total available to pay such claims to $700k.
Such claims, above the $700K, will also be paid by DCA and/or affiliates even though such funding obligation is not currently reflected in the budget line items.
Includes estimates for costs associated with reopening floor 3H of Capitol Hill LTACH.
In certain categories (i.e. 503(b)9, pro fees incurred pre-8/22) the Debtor already qualifies to borrow amounts projected in later weeks because they carried forward un-drawn or not fully drawn amounts from the original DIP budget.
The DIP Budget reflects the Debtors' current estimate of DIP facility usage except as noted elsewhere. Irrespective of the DIP Budget, the Debtors understand that with the exception of professional fees which are limited in the aggregate to a negotiated amount, the Buyer and its DIP lender affiliate are obligated to fund (or assume) all post-petition obligations of every kind.

(1) *Reflects Capitol Hill 2014 bi-weekly PIP reduction from $616K to $175K and Hadley 2014 bi-weekly PIP reduction from $[illegible] to $[illegible]. Receipts net of any recoupments*
(2) *Includes food, lab, pharmacy and rehabilitation services*
(3) *Includes utilities and insurance*
(4) *Includes employee travel and expense, equipment rental, IT services, air & gas for patients, copier, 3H Capitol Hill reopen expenses, payoff of post-petition AP and accrued expenses, contribution to payable healthcare claims, etc.*
(5) *Includes Debtors' counsel, FA, IB, patient care ombudsman and patient care ombudsman professionals, claims agent, ordinary course professionals; UCC counsel and FA*
(6) *Includes utility deposits, US Trustee fees, D&O and malpractice tail insurance*
(7) *Includes lenders' counsel and FA*
(8) *Preliminary estimates*
(9) *Interest and fees on DIP facility per the DIP agreement. Includes $600K estimate of DIP lender legal fees and expenses for DIP drafting and estimate for APA expense reimbursement in accordance with the DIP agreement*

12/8/2014 1:07 PM
DIP Extension for Filing 2014-12 04 v1 through 2014-12-19 v1.xlsx

PRELIMINARY DRAFT – FOR DISCUSSION PURPOSES ONLY

Exhibit G

**Specialty Hospital of Washington LLC**
**Current Liabilities Reconciliation**
**1/31/2018**

| Account Description | Total Current Liabilities | Post Petition Current Liabilities | Pre - Petition Current Liabilities | Pre - Petition Breakdown | | | |
|---|---|---|---|---|---|---|---|
| | | | | Secured | Priority | Unsecured * | Total Pre - Petition Accrued Expenses |
| **Accounts Payable** | $ 12,294,822 | 389,165 | 11,905,657 | | | 11,905,657 | 11,905,657 |
| **Accrued Expenses** | | | | | | | |
| Other Accrued Costs | 446,956 | 250,000 | 196,956 | | - | 196,956 | 196,956 |
| Accrued Interest | (359,246) | - | (359,246) | | - | (359,246) | (359,246) |
| Licensed Bed Tax | 833,580 | - | 833,580 | | - | 833,580 | 833,580 |
| Accrued Personal Property Taxes | 102,953 | - | 102,953 | | - | 102,953 | 102,953 |
| FIN 47 | 87,336 | - | 87,336 | | - | 87,336 | 87,336 |
| Accrued Ballpark fees | 66,000 | - | 66,000 | | - | 66,000 | 66,000 |
| Federal/Fica taxes/FUTA/SUTA | 7,695,229 | - | 7,695,229 | | - | 7,695,229 | 7,695,229 |
| State taxes - Maryland | 1,939,668 | - | 1,939,668 | | - | 1,939,668 | 1,939,668 |
| State taxes - DC | 159,165 | - | 159,165 | | - | 159,165 | 159,165 |
| State taxes - Virginia | - | - | - | | - | - | - |
| Employee Deductions, including 401k | 470,277 | - | 470,277 | | - | 470,277 | 470,277 |
| CMS - Civil Penalty (SNF) | 133,150 | - | 133,150 | | - | 133,150 | 133,150 |
| Tax Penalties - IRS | 1,146,020 | - | 1,146,020 | | - | 1,146,020 | 1,146,020 |
| Tax Penalties - Maryland | 223,886 | - | 223,886 | | - | 223,886 | 223,886 |
| Tax Penalties - Virginia | 19,607 | - | 19,607 | | - | 19,607 | 19,607 |
| Tax Penalties - DC | 534,395 | - | 534,395 | | - | 534,395 | 534,395 |
| Accrued Payroll Costs, including vacation | 593,174 | 64,743 | 528,431 | | - | 528,431 | 528,431 |
| Other | 192,477 | - | 192,477 | | - | 192,477 | 192,477 |
| **Total Accrued expenses** | 14,284,626 | 314,743 | 13,969,884 | - | - | 13,969,884 | 13,969,884 |
| | | | | | | | |
| **Amounts Due to Government Authorities** | | | | | | | |
| Due to Department of Heath Care Finance - LTACH Medicaid Appeals (2007-2010) | 3,865,085 | - | 3,865,085 | | - | 3,865,085 | 3,865,085 |
| Due from Department of Heath Care Finance - 2011 - 2014 | (4,060,328) | - | (4,060,328) | | - | (4,060,328) | (4,060,328) |
| **Total Due to Government Authorities** | (195,243) | - | (195,243) | - | - | (195,243) | (195,243) |
| **Total Current Liabilities** | 26,384,205 | 703,908 | 25,680,297 | - | - | 25,680,297 | 25,680,297 |

* Some portion of total number contained in each shaded line item may constitute a priority claim under the Bankruptcy Code. However, the debtors and their legal counsel have not conducted the factual and legal analysis to determine precisely which of these claims (if any) constitute a priority claim, the relative priority to be afforded any claims that do constitute a priority claim and the amounts to be afforded priority status.