**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>SPECIALTY HOSPITAL OF<br>WASHINGTON, LLC, *et al.*,<br><br>Debtors.[1] | Case Nos. 14-00279 and<br>14-00295 through 14-00300<br><br>(Chapter 11)<br><br>(Jointly Administered Under<br>Case No. 14-00279) |

**STATEMENT OF OFFICIAL COMMITTEE OF GENERAL UNSECURED
CREDITORS IN SUPPORT OF DEBTORS' MOTION TO DISMISS
<u>CHAPTER 11 CASES</u>**

COMES NOW the Official Committee of General Unsecured Creditors ("<u>Committee</u>"), by its undersigned counsel, and files this Statement in Support of Debtors' Motion to Dismiss Chapter 11 Cases ("<u>Motion</u>"), stating to the Court as follows:

1. The Debtors filed their Motion on April 27, 2018.

2. The Committee supports the Motion for the reasons set forth therein.

3. There are no assets available for distribution in these cases, nor are there any resources to pay for further administration of these estates either in chapter 11 or chapter 7.

WHEREFORE, for the foregoing reasons, the Committee supports the Motion and entry of the Debtors' proposed Order Dismissing Chapter 11 Cases filed therewith.

Respectfully Submitted,

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

By Counsel

---

[1] The debtors in these chapter 11 cases and each debtor's federal identification number ("**EIN**") and chapter 11 case number are: Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300).

NELSON MULLINS RILEY & SCARBOROUGH LLP
101 Constitution Avenue, NW, Suite 900
Washington, DC 20001
Phone: (202) 689-2800
Fax: (202) 689-2860


By:    /s/ Valerie P. Morrison
       Valerie P. Morrison, DC Bar No. 419035
       Dylan G. Trache, DC Bar No. 476318

*Counsel to the Official Committee of Unsecured Creditors*


## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May 2018, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification, and via first class mail, postage prepaid, to:

> Patrick J. Potter
> Pillsbury Winthrop Shaw Pittman, LLP
> 1200 Seventeenth Street, NW
> Washington, DC 20036
>
> Office of the United States Trustee
> 115 S. Union Street, Room 210
> Alexandria, Virginia 22314


                                   /s/ Valerie P. Morrison
                                   Valerie P. Morrison