The order below is hereby signed.

Signed: June 15 2018



_S. Martin Teel Jr._ (signature)

S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

SPECIALTY HOSPITAL OF
WASHINGTON, LLC, *et al.*,

Debtors.[1]

Case Nos. 14-00279 and
14-00295 through 14-00300

(Chapter 11)

(Jointly Administered Under
Case No. 14-00279)

## ORDER DISMISSING CHAPTER 11 CASES

Upon consideration of the Debtors' *Motion to Dismiss Chapter 11 Cases* (the

"**Motion**");[2] the Court finding that (i) it has jurisdiction over the matters raised in the Motion

pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); (iii) adequate notice of the Motion and the hearing thereon was given under the

---

[1] The debtors in these chapter 11 cases and each debtor's federal identification number ("**EIN**") and chapter 11 case number are:  Specialty Hospital of Washington, LLC (EIN: 81-0681352; Case No. 14-00279), Specialty Hospital of America, LLC (EIN: 81-0681347; Case No. 14-00295), SHA Holdings, Inc. (EIN: 20-5741943; Case No. 14-00296), SHA Management, LLC (EIN: 81-0681350; Case No. 14-00297), Specialty Hospital of Washington Nursing Center, LLC (EIN: 81-0681348; Case No. 14-00298), Specialty Hospital of Washington Hadley, LLC (EIN: 20-5752586; Case No. 14-00299), and SHA Hadley SNF, LLC (EIN: 20-5741976; Case No. 14-00300).

[2] Capitalized terms not defined in this Order have the meanings given to them in the Motion.

circumstances and that no other or further notice is necessary; and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and it appearing that the relief requested is in the best interests of the Debtors' estates, creditors and other parties in interest,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Pursuant to sections 105(a) and 1112(b), these chapter 11 cases are dismissed; *provided, however*, that dismissal of these chapter 11 cases will not unwind any settlement agreements entered into by the Debtors during these chapter 11 cases that were approved by this Court or a court of competent jurisdiction.

3. The noticing, claims and balloting services provided by Kurtzman Carson Consultants ("KCC") pursuant to the *Order Granting Debtors' Application for Authority to Employ and Retain Kurtzman Carson Consultants LLC as Noticing, Claims, and Balloting Agent* [Doc. 362] (the "KCC Retention Order") and KCC's employment are hereby terminated.  KCC shall have no further obligations under the KCC Retention Order to the Court or any party in interest in these chapter 11 cases.

4. The Debtors are authorized and empowered to take any action necessary to implement and effectuate the terms of this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

cc:

4822-1568-9830.v2

All attorneys who have entered an appearance and who are registered e-filers.

4822-1568-9830.v2